OCT 5 2026 AM11:56
FILED-USDC-CT-NEW_HAVEN

United States District Court
District of Connecticut

Leroy Harris

V

Case No: 3: 26 CV00752 VD

John A Dattilo, ET AL

Plaintiff's Status Update Regarding Service Of Process

The Plaintiff, respectfully submitting this status update, write to inform the Court regarding The status of the service of the Summons and Complaint ahead of the court-mandated October 8, 2026 deadline

On September 15, 2026, Plaintiff personally delivered all required civil summonses, copies Of the complaint, completed Forms USM-285, and required service fees to the United States MarshalsService for the District of Connecticut, Because the defendants include a mix of Active -duty and retired municipal police officers, Plaintiff provided specific instructions to The Marshals Service based on guidance received from the City Hall Human Resources Department. Active officers are to be served at their respective Police Department precinct.

For the retired officers whose private residential data is unavailable to the public, the Marshals Service was requested to utilize its administrative databases to locate current Addresses for abode service. Plaintiff has completed all necessary steps required under Federal Rule of Civil Procedure 4. Should the United States Marshals Service require Additional time beyond October 8, 2026, to safely locate and execute process on the retired Officers.

Plaintiff respectfully requests that the Court extend the deadline for service for good cause Under FRCP 4m. Please see attached

Respectfully Submitted,

By Leroy Harris

Leroy Harris
555 Nolden Trail
Dacula, GA 30019

Dated: September 29, 2026

**This space is intentionally left blank.**

U.S. MARSHALS
SEP 1 2026
DISTRICT OF CT

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Cashier's Check - Customer Copy

No. 6165103407

Void After 90 Days 30-1/1140 NCT

Date 09/15/26 10:28:29 AM

NEW HAVEN GREEN
722 0021170 013

Pay *** BANK OF AMERICA $500 00 CTS CTS FIVE ZERO ZERO **$500.00**

**Five Hundred and 00/100 Dollars**

To The Order Of UNITED STATES MARSHALS

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By): LEROY J HARRIS

Bank of America, N.A.
SAN ANTONIO,TX

U.S. MARSHALS 1641005594
SEP 1 2026
DISTRICT OF CT

BANK OF AMERICA

Cashier's Check

No. 6165103407

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days 30-1/1140 NCT

Date 09/15/26 10:28:29 AM

NEW HAVEN GREEN
722 0021170 013

Pay *** BANK OF AMERICA $500 00 CTS CTS FIVE ZERO ZERO **$500.00**

**Five Hundred and 00/100 Dollars**

To The Order Of UNITED STATES MARSHALS

Remitter (Purchased By): LEROY J HARRIS

Bank of America, N.A.
SAN ANTONIO,TX

AUTHORIZED SIGNATURE

⑈6165103407⑈ ⑆114000019⑆ 1641005594⑈